UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

**FILED**

APR - 8 2014

Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT PURSUANT TO THE
FOIA AND PRIVACY ACTS
TITLE 5 U.S.C. § 552

JESSE JEROME DEAN, JR.,
Inmate Reg. No. 44060-004
F.C.I. Complex-Low
P.O. Box 1031
Coleman, FL. 33521

vs.

U.S. DEPARTMENT OF JUSTICE,
U.S. DRUG ENFORCEMENT ADMINISTRATION.

Case No:

Case: 1:14-cv-00715
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/8/2014
Description: FOIA/Privacy Act

**RECEIVED**

MAR 2 8 2014

Clerk, U.S. District and
Bankruptcy Courts



RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

## PARTIES

### PLAINTIFF

Jesse Jerome Dean, Jr.,
Reg. No. 44060-004
Federal Correctional Complex-Low
P.O. Box 1031
Coleman, FL 33521-1031

### DEFENDANTS

Ms. Priscilla Jones,
Supervisory Administrative Specialist,
U.S. Department of Justice,
Office of Information Policy, Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

Ms. Katherine L. Myrick, Chief,
U.S. Drug Enforcement Administration,
FOI/Records Management Section,
8701 Morrissette Drive,
Springfield, Virginia 22152-1080

## STATEMENT REGARDING ADMINISTRATIVE APPEAL

Plaintiff filed an administrative appeal involving this issue on October 28, 2013. As of the date of this complaint, Plaintiff has not received any response from the appeal. Plaintiff considers the non-response as a denial.

## STATEMENT OF FACTS

1. Plaintiff is a native-born citizen of the Commonwealth of the Bahamas.
2. On November 6, 1991, an alleged "Cooperating Individual Agreement" was generated on this Plaintiff.
3. This document was allegedly prepared by U.S. Customs Special Agent Scott Lowen who was assigned to the U.S. Embassy in Nassau, Bahamas.
4. On June 10, 1995, Plaintiff was arrested in Miami, Florida on federal drug conspiracy charges in relation to "Operation Vestrac."
5. Plaintiff's two-week trial began on January 27, 1997.
6. At trial, then-first AUSA Guy Alan Lewis produced the alleged "Cooperating Individual Agreement" labelled "GX7" and presented it to Plaintiff on the witness stand.
7. AUSA Lewis proceeded to cross-examine Plaintiff about "GX7."
8. AUSA Lewis read aloud, in open court, several instructions which appeared on "GX7" and asked Plaintiff to confirm them, which Plaintiff did.
9. AUSA Lewis then asked Plaintiff to confirm that "GX7" bore Plaintiff's alleged signature, to which Plaintiff agreed.
10. AUSA Lewis then asked Plaintiff to confirm the date that appeared on "GX7" as November 6, 1991.

11. In 1999, Plaintiff initiated a FOIA request to DEA Washington for a copy of "GX7."
12. On May 4, 2004, DEA Washington responded that "GX7" was "unable to [be] locate[d]."
13. On July 29, 2013, Plaintiff initiated a second FOIA requst for a copy of "GX7." DEA Washington has responded that it "will neither confirm nor deny the existence of any records related to any confidential sources and/or any individual(s) that may have provided information that assisted this agency in any investigative matter."
14. Plaintiff requests a copy of "GX7."

## STATEMENT OF CLAIMS

The DEA has unlawfully denied Plaintiff access to his own alleged "Cooperating Individual Agreement," which was produced at trial and extensively used as "GX7." The DEA's denial of GX7 violates Plaintiff's rights under the Due Process Clause of the Fifth Amendment of the U.S. Constitution and also the Equal Protection provision on the basis that Plaintiff is Black and a citizen of the Commonwealth of the Bahamas.

## RELIEF REQUESTED

The DEA has denied Plaintiff access to "GX7" to which Plaintiff is lawfully entitled. Plaintiff seeks an order from the court directing the DEA to release the requested document.

## DECLARATION

I, Jesse Jerome Dean, Jr., the Plaintiff herein, declare under penalty of perjury that the foregoing statements of fact are true and correct.

MARCH 24, 2014

*Jesse J. Dean Jr.*
Jesse J. Dean, Jr.

## CERTIFICATE OF MAILING

I declare under penalty of perjury that this complaint was delivered to prison officials for mailing on the 24TH day of MARCH 2014.

*Jesse J. Dean Jr.*
Jesse J. Dean, Jr.